# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**JACQUAZ DONNELL CHERRY, #175224**                                                  **PLAINTIFF**

**v.**                                     **CAUSE NO. 1:18cv317-LG-RHW**

**UNKNOWN CHIASON, ET AL.**                                                          **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order entered herewith dismissing without prejudice the claims in Plaintiff Jacquaz Donnell Cherry's Complaint,

**IT IS ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 2nd day of January, 2019.

                                                             s/ *Louis Guirola, Jr.*
                                                             LOUIS GUIROLA, JR.
                                                             UNITED STATES DISTRICT JUDGE